IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA


Phyllis E. Lybrand,                        )        C/A No. 3:10-2293-JFA-JRM
                                           )
                        Plaintiff,         )
        v.                                 )                ORDER
                                           )
Michael J. Astrue, Commissioner of         )
Social Security,                           )
                                           )
                        Defendant.         )
_____    )


        The plaintiff, Phyllis E. Lybrand, brings this action pursuant to 42 U.S.C. § 405(g) to

obtain judicial review of the final decision of the Commissioner of Social Security

(Commissioner) denying her claim for disability insurance benefits (DIB) under Title II of

the Social Security Act, 42 U.S.C. §§ 401–433.

        The Magistrate Judge assigned to this action[1] has prepared a Report and

Recommendation wherein he suggests that the Commissioner's decision to deny benefits

should be affirmed.  The Report sets forth in detail the relevant facts and standards of law on

this matter, and the court incorporates such without a recitation.

        The parties were advised of their right to submit objections to the Report and

Recommendation.  The plaintiff's objections to the Report are merely duplicative of the

issues that were presented to and addressed by the Magistrate Judge.  Having reviewed the

_____

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02.  The
Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the
responsibility to make a final determination remains with the court.  *Mathews v. Weber*, 423 U.S. 261 (1976).  The court
is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and
the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit
the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).

record in light of the plaintiff's objections and under the appropriate standards, the court adopts the Report and concurs with both the reasoning and the result reached by the Magistrate Judge.

It is the duty of the ALJ reviewing the case, and not the responsibility of the courts, to make findings of fact and resolve conflicts in the evidence. This court's scope of review is limited to the determination of whether the findings of the Commissioner are supported by substantial evidence taking the record as a whole, *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir. 1996), and whether the correct law was applied," *Walls v. Barnhart*, 296 F.3d 287, 290 (4th Cir. 2002).

After a careful review of the record, including the findings of the ALJ, the briefs from the plaintiff and the Commissioner, the Magistrate Judge's Report, and the plaintiff's objections thereto, this court finds the Report is proper and is incorporated herein by reference. Accordingly, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

March 7, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge